## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

David J. Barnes, Executor Estate of     :
Grace V. Barnes,     :
                Appellant     :
    :
        v.     :   No. 437 C.D. 2018
    :
Philadelphia Historical Commission     :

## **O R D E R**

NOW, October 7, 2019, having considered Appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge